IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY GUZMAN,

      Petitioner,                        No. CIV S- 04-0700 FCD GGH P

    vs.

A. LAMARQUE, Warden,

      Respondent.                        ORDER

/

        Petitioner, proceeding with appointed counsel, filed a petition pursuant to 28 U.S.C. §2254. By order filed on October 27, 2004, this action was stayed pending exhaustion of petitioner's newly identified claim of a due process violation in the imposition of sentence. Petitioner was directed to file a second amended petition containing all of his claims immediately upon exhaustion of state court remedies. Petitioner has filed a second amended petition.

        Accordingly, IT IS ORDERED that:

        1. The stay imposed in this action is lifted; and

        2. Respondent shall file a response to the second amended petition within thirty days. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

1

3. If the response to the habeas petition is an answer, petitioner's reply/traverse, if any, shall be filed and served within thirty days after service of the answer; and

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED: 12/21/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
guzm0700.lft