IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY GUZMAN,

    Petitioner,               No. CIV S-04-0700 FCD GGH P

    vs.

A. LAMARQUE, Warden,

    Respondent.           ORDER

_____/

    On February 15, 2006, respondent filed a second request for an extension of time to file a response to the second amended petition for writ of habeas corpus. Respondent failed both to file a proposed order in .pdf format and to email a proposed order in wordprocessing format, thus not complying with the local rules. The court will not consider a request that is not in compliance with E. D. Local Rule 5-137(b).

    IT IS SO ORDERED.

DATED: 3/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
guzm0700.lc