IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **STEVEN ANTHONY GUZMAN,** | CIV-S-04-0700 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **A. LAMARQUE, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to the second amended petition for writ of habeas corpus.  Good cause appearing,

IT IS HEREBY ORDERED THAT Respondent Lamarque is granted an extension of time of twenty-two days up to and including March 23, 2006, to complete and file the response to Petitioner's second amended petition for writ of habeas corpus.

Dated:  3/3/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

guzm0700.po

[Proposed] Order

1