BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
CRAIG S. MEYERS, State Bar No. 178350
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5280
 Fax: (916) 324-2960
 Email: Craig.Meyers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **STEVEN ANTHONY GUZMAN,**<br><br>                              Petitioner,<br><br>      v.<br><br>**A. LAMARQUE, Warden,**<br><br>                              Respondent. | CIV-S-04-0700 FCD GGH P<br><br>**STIPULATION AND ORDER WITHDRAWING PETITIONER'S MOTION FOR LEAVE TO FILE THIRD AMENDED PETITION AND TO STAY PROCEEDINGS; GRANTING PETITIONER 30 DAYS TO FILE TRAVERSE** |

**STIPULATION**

On April 20, 2006, counsel for petitioner filed a "Request For Extension Of Time To File Traverse And For Permission To File A Third Amended Petition, Then To Stay & Abey Proceedings Pending Exhaustion Of State Court Remedies." On April 26, 2006, counsel for petitioner agreed to re-notice her motion until July 27, 2006, to await the outcome of the Supreme Court's ruling in *Clark v. Arizona* (cert. granted Dec. 5, 2005, No. 05-5966).

/ / /

*Clark v. Arizona*, --- S.Ct. ----, 2006 WL 1764372 (U.S.Ariz., June 29, 2006) was decided

Stipulation and [Proposed] Order Withdrawing Petitioner's Motion For Leave to File Third Amd. Complaint, etc.

1

1  today against Petitioner's proposed new claim.  Counsel discussed the *Clark* case today and counsel
2  for petitioner requested that counsel for respondent file this stipulation.
3      In light of the *Clark* case, the parties HEREBY STIPULATE that petitioner's motion
4  scheduled for July 27, 2006, be withdrawn.
5      The parties FURTHER STIPULATE that the time for petitioner to file his traverse may
6  be extended until July 31, 2006
7      IT IS SO STIPULATED.
8      Dated:  June 29, 2006            BILL LOCKYER
                                        Attorney General of the State of California
9
                                        /S/ CRAIG S. MEYERS
10
                                    BY:_____
11                                      Craig S. Meyers
                                        Attorneys for Respondent
12
13      Dated:  June 29, 2006
                                        /S/ MARY LOU HILLBERG
14                                      _____
                                        Mary Lou Hillberg
15                                      Attorney for Petitioner

16                              **ORDER**

17      Upon stipulation of the parties, and good cause appearing therefor, it is HEREBY
18  ORDERED that petitioner's motion to stay and amend, scheduled for July 27, 2006, is withdrawn
19  and taken off calendar.  Petitioner's traverse shall be filed no later than July 31, 2006
20      IT IS SO ORDERED
21  Dated:7/5/06
                                        /s/ Gregory G. Hollows
22                                      _____
                                        HON. GREGORY G. HOLLOWS
23                                      United States Magistrate Judge
24
25  guzm0700.po3.wpd
26
27  SA2004FH0104
28