IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY GUZMAN,

    Petitioner,                    No. CIV S-04-0700 FCD GGH P

    vs.

A. LAMARQUE, Warden,          <u>COURT RESPONSE</u>

    Respondent.

_____/

        In response to petitioner's counsel's request, filed on 2/19/09 (docket # 31), for the status of the second amended petition, submitted as of 7/27/06, counsel is hereby informed that the instant petition is next-in-line among submitted habeas petitions to be addressed and will be adjudicated shortly.

DATED: February 23, 2009

                                  /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
guzm0700.rsp