IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY GUZMAN,

      Petitioner,                  No. CIV S-04-0700 FCD GGH P

    vs.

A. LAMARQUE, Warden,

      Respondent.               <u>ORDER</u>

                                          /

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial April 24, 2009, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

          A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether due process was violated by imposition of a 31-year-to-life sentence when the trial court only advised petitioner, at the time of his no-contest plea to voluntary manslaughter by use of a knife, that his maximum sentence could be 25 years to life; 2) whether petitioner was subjected to ineffective assistance of counsel with regard to imposition of the sentence; 3) whether sufficient evidence supported the trial court's finding that petitioner was sane at the time of the offense.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: May 21, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2